```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 25632
    LORENZO A WILSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4911


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/26/2008 and was not confirmed.

     The case was dismissed without confirmation 01/14/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
SPRINT                     UNSECURED      NOT FILED          .00            .00
COMCAST                    UNSECURED      NOT FILED          .00            .00
COMCAST                    UNSECURED      NOT FILED          .00            .00
TCF NATIONAL BANK          UNSECURED      NOT FILED          .00            .00
HSBC                       UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1282.87          .00            .00
PRA RECEIVABLES MGMT       UNSECURED         715.25          .00            .00
NEXTEL                     UNSECURED      NOT FILED          .00            .00
LATOYA BROWN               NOTICE ONLY   NOT FILED          .00            .00
CONSUMER PORTFOLIO SERVI   SECURED NOT I NOT FILED          .00            .00
CONSUMER PORTFOLIO SERVI   UNSECURED     NOT FILED          .00            .00
WORLD MOTORS CORP          SECURED VEHIC   6437.00          .00            .00
WORLD MOTORS CORP          UNSECURED     NOT FILED          .00            .00
LAQUITA SMITH              NOTICE ONLY   NOT FILED          .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS   NOT FILED          .00            .00
IL STATE DISBURSEMENT UN   UNSECURED     NOT FILED          .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS   NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        652.11          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        379.03          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,464.00                         .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 25632 LORENZO A WILSON
```

```
                                ---------------        ---------------
TOTALS                                      .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```